FILED

JAN 0 6 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ3783 |
| ) | |
| v.  ) | JUDGMENT AND COMMITMENT |
| ) | |
| SILVESTRE ENRIQUEZ-AGUILAR ) | BRANDON HICKEY of F.D. |
| ) | Defendant's Attorney |

REGISTRATION NO. __12000298__

VIOLATION:

_x_ Defendant pleaded guilty to        THE COMPLAINT.
___ Count(s) _____ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

___ Defendant is adjudged guilty on count

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
_____.

_x_ UNSUPERVISED PROBATION for a term of 2 YEARS
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
_x_ comply with all lawful rules and regulations of the probation department
_x_ not possess any narcotic drug or controlled substance without a lawful medical prescription
___ not transport, harbor or assist undocumented aliens
_x_ not reenter the United States illegally
_x_ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
     as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
     a low risk of future substance abuse.
___ Penalty assessment of $
___ Fine waived       ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

December 30, 2008
Date of Imposition of Sentence

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE
Entered on: